Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Ryan Christopher Brady<br>Christine Nicole Brady<br>aka Christine Nicole Fielding | **Case Number:** | 10-36995 |
| | | **Chapter 13** | |
| **Trustee:** | David G. Peake | **Judge:** | Marvin Isgur |

### RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 10/13/2015

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Nationstar Mortgage LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx3421 |

### 1. Pre-Petition Arrears - Court claim no. (if known): 5  (Docket Entry #66)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
 Amount of pre-petition arrears due at filing: _____
 Amount received from the Chapter 13 Trustee _____

 Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

If Creditor disagrees:
 Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name: John R. Callison
Title: Authorized Agent for Nationstar Mortgage LLC
Company: Buckley Madole, P.C.

/s/ John R. Callison
Signature

10/30/2015
Date

Address and telephone number:

 P. O. Box 9013
 Addison, TX 75001

Telephone:  ((972) 643-6600      Email:   POCInquiries@buckleymadole.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before October 30, 2015

**Debtor**  *Via U.S. Mail*
Ryan Christopher Brady
2304 Jackson Ln
League City, TX 77573-3406

Christine Nicole Brady
2304 Jackson Ln
League City, TX 77573-3406

**Debtors' Attorney**
Kenneth A Keeling
Keeling Law Firm
3310 Katy Fwy Ste 200
Houston, TX  77007-3603

**Chapter 13 Trustee**
David G. Peake
9660 Hillcroft St, Ste 430
Houston, TX 77096-3860

**US Trustee**
Office of the US Trustee
515 Rusk Ave., Ste. 3516
Houston, TX  77002

Respectfully Submitted,

/s/  John R. Callison